# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| MICHAEL HARRIS | : | No. 18-315-1 |

## ORDER

**AND NOW**, this 11th day of February, 2021, upon consideration of Mr. Harris's Motion for Release from Custody (Doc. No. 473), and the Government's response thereto (Doc. Nos. 486), it is **ORDERED** that Mr. Harris's Motion (Doc. No. 473) is **DENIED** as outlined in the Court's accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE