# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL HARRIS** | : | No.   18-315-1 |

# O R D E R

**AND NOW,** this 8th day of August, 2022, upon consideration of the Motion For Defendant to be Released from Solitary Confinement (Doc. No. 702), it is **ORDERED** that the Government shall file their response on or before August 15, 2022.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge