## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL HARRIS** | : | No. 18-315-1 |

### O R D E R

**AND NOW**, this 19th day of August, 2022, upon consideration of Motion For Defendant To Be Released From Solitary Confinement (Doc. No. 702), and the Government's Response (Doc. No. 704), it is hereby **ORDERED** that the Motion is **DENIED** without prejudice for failure to exhaust administrative remedies.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge